[No. 32356-7-II.   Division Two.   February 7, 2006.]

WALTER SCAMEHORN, *as Trustee For MLK Trust #3620, Appellant,* v. CAL WESTERN RECONVEYANCE CORPORATION OF WASHINGTON ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-09422-1, Sergio Armijo, J., entered October 7, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Armstrong, J.

[No. 32480-6-II.   Division Two.   February 7, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JARRAY F. WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-04023-1, Vicki L. Hogan, J., entered November 1, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Armstrong, J.

[No. 20574-6-III.   Division Three.   February 7, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MANUAL L. BELIZ, *Appellant.*

Appeal from a judgment of the Superior Court for Adams County, No. 97-1-00049-1, Richard W. Miller, J., entered September 24, 2001. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney, J., and Thompson, J. Pro Tem.